**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name TORRES          EDWIN           J.
     (Last)          (First)         (Initial)

Prisoner Number ULK-162, 97645-011 (Fed)

Institutional Address 550 6th Street, Oakland, CA 94607

===================================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDWIN J. TORRES
(Enter the full name of plaintiff in this action.)

vs.

ALAMEDA COUNTY

(Enter the full name of the defendant(s) in this action)

Case No. CV 08 1114 MHP (PR)
(To be provided by the Clerk of Court)

E-filing

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

FILED FEB 25 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

     [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

     A.   Place of present confinement  Glenn Dyer Jail

     B.   Is there a grievance procedure in this institution?

               YES (X)        NO ( )

     C.   Did you present the facts in your complaint for review through the grievance procedure?

               YES (X)        NO ( )

     D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                           - 1 -

1. Informal appeal  9/1/07 — 11/20/07 ASKED Repeadtedly But was Denied access to a phone!

2. First formal level  11/21/07 #076-G0218 Result 8 No Response! Copy Included

3. Second formal level  1/16/08 # 086-G0016 Result 8 No Response! Copy Included.

4. Third formal level  NEVER Informed of Any other Options!

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.  N/A

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

EDWIN J. TORRES
GDJ. 550 6TH ST. (289) OAKLAND, CA 94607
All other Inmates are also denied This Right!

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

Alameda County

COMPLAINT                                    -2-

1 Glenn Dyer Jail
2 550 6th Street
3 Oakland, CA 94607
4

5  III.   Statement of Claim.

6 State here as briefly as possible the facts of your case. Be sure to describe how each
7 defendant is involved and to include dates, when possible. Do not give any legal arguments or
8 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9 separate numbered paragraph.

10 I am being denied my constitutional
11 Fourteenth Amendment right of access
12 to council. The current "collect only"
13 phone system denies me reasonable
14 access to counsel by restricting and
15 denying me communication with my
16 attorney.
17
18
19
20
21
22

23  IV.   Relief.

24 Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26 I would like reasonable access to a
27 telephone that is not "collect only"
28 in order to communicate with counsel.

COMPLAINT        - 3 -

| | |
|---|---|
| 1 | _____ |
| 2 | _____ |
| 3 | _____ |
| 4 | _____ |

5  I declare under penalty of perjury that the foregoing is true and correct.

7  Signed this __23__ day of __JANUARY__, 20_08_

_(Plaintiff's signature)_

COMPLAINT                    - 4 -

JS 44 - CAND (Rev 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**

EDWIN J. TORRES

**DEFENDANTS**

ALAMEDA COUNTY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Alameda
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Alameda
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Pro Per

**ATTORNEYS (IF KNOWN)**

N/A

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ Original Proceeding
- ☐ Removed from State Court
- ☐ Remanded from Appellate Court
- ☐ Reinstated or Reopened
- ☐ Transferred from Another district (specify)
- ☐ Multidistrict Litigation
- ☐ Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane | ☐362 Personal Injury Med Malpractice | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐365 Personal Injury Product Liability | ☐625 Drug Related Seizure of Property 21 USC 881 | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault Libel & Slander | ☐368 Asbestos Personal Injury Product Liability | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers Liability | | ☐640 RR & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐340 Marine | | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐345 Marine Product Liability | **PERSONAL PROPERTY** | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐810 Selective Service |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐350 Motor Vehicle | ☐370 Other Fraud | ☐690 Other | | ☐850 Securities/Commodities/Exchange |
| ☐160 Stockholders Suits | ☐355 Motor Vehicle Product Liability | ☐371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐875 Customer Challenge 12 USC 3410 |
| ☐190 Other Contract | ☐360 Other Personal Injury | ☐380 Other Personal Property Damage | ☐710 Fair Labor Standards Act | ☐861 HIA (1395ff) | ☐891 Agricultural Acts |
| ☐195 Contract Product Liability | | ☐385 Property Damage Product Liability | ☐720 Labor/Mgmt Relations | ☐862 Black Lung (923) | ☐892 Economic Stabilization Act |
| ☐196 Franchise | | | ☐730 Labor/Mgmt Reporting & Disclosure Act | ☐863 DIWC/DIWW (405(g)) | ☐893 Environmental Matters |
| | | | ☐740 Railway Labor Act | ☐864 SSID Title XVI | ☐894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐790 Other Labor Litigation | ☐865 RSI (405(g)) | ☐895 Freedom of Information Act |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motion to Vacate Sentence Habeas Corpus: | ☐791 Empl.Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐220 Foreclosure | ☐442 Employment | ☐530 General | | ☐870 Taxes (US Plaintiff or Defendant) | ☐950 Constitutionality of State Statutes |
| ☐230 Rent Lease & Ejectment | ☐443 Housing | ☐535 Death Penalty | | ☐871 IRS - Third Party 26 USC 7609 | ☐890 Other Statutory Actions |
| ☐240 Torts to Land | ☐444 Welfare | ☐540 Mandamus & Other | | | |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights | ☒550 Civil Rights | | | |
| ☐290 All Other Real Property | ☐445 Amer w/ disab - Empl | ☐555 Prison Condition | | | |
| | ☐446 Amer w/ disab - Other | | | | |
| | ☐480 Consumer Credit | | | | |
| | ☐490 Cable/Satellite TV | | | | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY) 42 U.S.C. 1983
Denial of access to counsel due to "collect only" phone system.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $_____ ☐CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**   PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY)   ☒ SAN FRANCISCO/OAKLAND   ☐ SAN JOSE

DATE                                 SIGNATURE OF ATTORNEY OF RECORD

ALAMEDA COUNTY SHERIFF'S OFFICE
GLENN E. DYER DETENTION FACILITY
INMATE GRIEVANCE FORM

NAME: ERWIN TORRES  PFN: ULK 162
HOUSING UNIT: 60J 289  DATE: 11/21/07

NATURE OF GRIEVANCE: (Give specific details)

I would like access to a non-collect only telephone to conduct business with my attorney. I am being denied my right of access to counsel by the current phone system. The courts have clearly ruled in Arney v. (AL) 1989 that collect only telephone systems deny inmates reasonable access to counsel guaranteed by the Fourteenth Amendment. A collect only system unreasonably restricts communications between inmates and their attorneys. Neither administrative inconvenience nor lack of resources can provide justification for deprivation of constitutional rights. This issue is also addressed under the California Code of Regulations, Title 15, & specifically provided in sections 1067 and 1068 respectively, that prison administrators implement a plan which allows reasonable access to a telephone and insure the right of inmates to have access to the courts and legal counsel. I filled out a message request on 11/12/07 and received no response. I understand that I must first pursue and exhaust all available administrative procedures before I can proceed this with litigation. I trust that litigation under the civil rights Act 42 U.S.C 1983 will not be necessary and that there is some procedure or system in place to accord this constitutional civil right accorded to inmates. Thank you for your assistance in this matter.

***DO NOT WRITE ON THE BACK OF THIS FORM.   USE ANOTHER FORM, WRITE PAGE 2

INMATE SIGNATURE: _Erwin Torres_

***DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY***

RECEIVED BY DEPUTY: E. Silva $   BADGE #: 1678   DATE: 11-21-07

[ ] RESOLVED – INMATE ACCEPTANCE: _____
    EXPLAIN RESOLUTION ON REVERSE SIDE.

[✓] CAN NOT BE RESOLVED AT THIS LEVEL
    DRAW TRACKING NUMBER FROM W/C.

FORWARDED TO SGT. _____   TRACKING NUMBER: 076-60218

COPIES: White - Staff use
    Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**GLENN E. DYER DETENTION FACILITY**
**INMATE GRIEVANCE FORM**

NAME: Edwin T_____   PFN: ___ 162
HOUSING UNIT: D3 2B9   DATE: _/_6/07

NATURE OF GRIEVANCE: ( Give specific details )

I Filed a Grievance on 11/21/07 Tracking # 076-60218. It Has Been well over a Month and I have received No response. I am refiling in Hopes of a Response, or at least to verify that I have exhausted the administrative process with no response.

***DO NOT WRITE ON THE BACK OF THIS FORM.   USE ANOTHER FORM, WRITE PAGE 2
INMATE SIGNATURE: _____

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: T McGAHEE   BADGE #: 898   DATE: 011608

[ ] RESOLVED – INMATE ACCEPTANCE: _____   [ ] CAN NOT BE RESOLVED AT THIS LEVEL
    EXPLAIN RESOLUTION ON REVERSE SIDE.           DRAW TRACKING NUMBER FROM W/C.

FORWARDED TO SGT. _____   TRACKING NUMBER: 08G-G0016

COPIES: White - Staff use
        Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)