**FILED**
FEB 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDWIN J. TORRES, Plaintiff,

vs.

ALAMEDA COUNTY

Defendant.

CASE NO. CV 08 1114 MHP (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, EDWIN J. TORRES, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A     Net: N/A

Employer: N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _AIG SUNAMERICA 2005 ($5,000⁰⁰/month)_
5  _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a. Business, Profession or                              Yes ___ No ✗
10     self employment
11  b. Income from stocks, bonds,                          Yes ___ No ✗
12     or royalties?
13  c. Rent payments?                                      Yes ___ No ✗
14  d. Pensions, annuities, or                             Yes ___ No ✗
15     life insurance payments?
16  e. Federal or State welfare payments,                  Yes ___ No ✗
17     Social Security or other govern-
18     ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____

23  3. Are you married?                                    Yes ___ No ✗
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: _____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____N/A_____ Net $_____N/A_____
28  4.  a.  List amount you contribute to your spouse's support:$ ___N/A___

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 2 -

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   _____ N/A _____
6   _____
7   5.   Do you own or are you buying a home?    Yes ____ No  X
8   Estimated Market Value: $ __N/A__ Amount of Mortgage: $ __N/A__
9   6.   Do you own an automobile?    Yes ____ No  X
10  Make __N/A__ Year __N/A__ Model __N/A__
11  Is it financed? Yes ____ No ____ If so, Total due: $ __N/A__
12  Monthly Payment: $ __N/A__
13  7.   Do you have a bank account? Yes ____ No  X  (Do not include account numbers.)
14  Name(s) and address(es) of bank: __N/A__
15  _____
16  Present balance(s): $ __N/A__
17  Do you own any cash? Yes ____ No  X  Amount: $ __N/A__
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)  Yes ____ No  X
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ ___0___    Utilities: ___0___
23  Food: $ ___0___    Clothing: ___0___
24  Charge Accounts:
25  Name of Account        Monthly Payment        Total Owed on this Account
26  NONE                   $  0                   $  0
27                         $                      $
28                         $                      $

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

_____ NONE _____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No  X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____ N/A _____

_____

     I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

     I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1/23/08
DATE

SIGNATURE OF APPLICANT

Case Number: _____

- 4 -

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _TORRES, EDWIN JOHN_ ULK 162 for the last six months at

[prisoner name]

_ALAMEDA COUNTY JAIL_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _-0-_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _-0-_ .

Dated: _1-29-08_                           _/s/ B. Wil____

[Authorized officer of the institution]

MR. EDWIN J TORRES
GDJ ULK-162, 2 B 4
550 6TH STREET
OAKLAND, CA 94607

RECEIVED

FEB - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFOR

CLERK
FOR THE
450
BOX
SAN

*[signature]*

For the United States District Court
Northern District of California
Golden Gate Ave.
36060
Francisco, CA 94102

Legal Mail