FILED

08 MAR 26 PM 1:46

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MHP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 1114

Edwin J Torres

Plaintiff,

CASE NO. _____

vs.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

Alameda County

Defendant.

(PR)

I, _EDWIN J. TORRES_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____N/A____    Net: ____N/A____

Employer: ____N/A____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  <u>A16/Sun America    2005    (5000$/month)</u>

5

6

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.    Business, Profession or          Yes ___ No ✕

10          self employment

11      b.    Income from stocks, bonds,     Yes ___ No ✕

12          or royalties?

13      c.    Rent payments?           Yes ___ No ✕

14      d.    Pensions, annuities, or       Yes ___ No ✕

15          life insurance payments?

16      e.    Federal or State welfare payments,    Yes ___ No ✕

17          Social Security or other govern-

18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  <u>N/A</u>

22

23  3.    Are you married?           Yes ___ No ✕

24  Spouse's Full Name: _____ N/A

25  Spouse's Place of Employment: _____ N/A

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ N/A _____ Net $_____ N/A

28  4.    a.    List amount you contribute to your spouse's support:$ _____ N/A

1       b.     List the persons other than your spouse who are dependent upon you for

2             support and indicate how much you contribute toward their support. (NOTE:

3             For minor children, list only their initials and ages. DO NOT INCLUDE

4             THEIR NAMES.).

5                                   N/A

6

7   5.    Do you own or are you buying a home?       Yes ___ No ✗

8   Estimated Market Value: $ __N/A__ Amount of Mortgage: $ __N/A__

9   6.    Do you own an automobile?             Yes ___ No ✗

10  Make __N/A__ Year __N/A__ Model __N/A__

11  Is it financed? Yes ____ No _N/A_ If so, Total due: $ ____N/A____

12  Monthly Payment: $ __N/A__

13  7.    Do you have a bank account? Yes ____ No ✗ (Do not include account numbers.)

14  Name(s) and address(es) of bank: ____N/A____

15

16  Present balance(s): $ ____N/A____

17  Do you own any cash? Yes ___ No ✗ Amount: $ ____N/A____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.) Yes ___ No ✗

20

21  8.    What are your monthly expenses?

22  Rent: $ ____∅____ Utilities: ____∅____

23  Food: $ ____∅____ Clothing: ____∅____

24  Charge Accounts:

25

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NONE | $ ⌒ | $ ∅ |
| | $ | $ |
| | $ | $ |

26

27

28

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____ NONE _____
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___ No ⊠
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____ N/A _____
10  _____
11    I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13    I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  3/19/08                      [signature]
17  DATE                         SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

1

2   Case Number: _O 8-c V-O1114 MHP_

3   _08-cv-O1114-MHP_

4

5

6

7

8   **CERTIFICATE OF FUNDS**

9   **IN**

10  **PRISONER'S ACCOUNT**

11

12          I certify that attached hereto is a true and correct copy of the prisoner's trust account

13  statement showing transactions of _TORRES, EDWIN JOHN_ _uck162_ for the last six months

14  _GLENN E. DYER JAIL_ where (s)he is confined.
                    [prisoner name]

                    [name of institution]

15  '       I further certify that the average deposits each month to this prisoner's account for the

16  most recent 6-month period were $ _-0-_ and the average balance in the prisoner's

17  account each month for the most recent 6-month period was $ _-0-_.

18

19  Dated: _3/19/08_                                      _[signature]_

20                                                        [Authorized officer of the institution]

21

22

23

24

25

26

27

28

- 5 -

```
JQAT.ULK162                                              03/19/08  0820  PAGE
                           INMATE ACCOUNT TRANSACTIONS

PFN/AJIS: ULK162    HFA: NCJ   NAME: TORRES, EDWIN JOHN      ACCT BAL:        .0

   TRANS      ---RECEIPT---     TRANSACTION     AMOUNT      RUNNING      MSG
   DATE      HFA    NUMBER     CODE LITERAL                 BALANCE

 07/27/07    SRJ   14-97836   CBKG CR NBOK        .00          .00
 10/05/07    NCJ   NE-02680   DMED               .00          .00
 10/22/07    NCJ   NE-03386   DMED               .00          .00
 01/03/08    NCJ   NE-07529   DMED               .00          .00
 01/29/08    NCJ   NE-08764   DMED               .00          .00
 02/07/08    NCJ   NE-09511   DMED               .00          .00
```

252 W:BALANCE IS ZERO

**FILED**

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

FEB 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:    E-filing

Your complaint has been filed as civil case number   **CV  08        1114**

**MHP**

**(PR)**

✓A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. _____ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 10/25/07

TORRES