**FILED**

MAY 05 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4-14-08

District Court
460 Golden Gate Ave
San Francisco, CA 94102

RE: CASE# 3:08-cv-01114-MHP

To: The Clerk
    Judge Marilyn H. Patel

To Whom it May Concern:

    I filed a complaint under the civil rights act. The complaint was filed Feb. 25th, 2008. The Administration here at Glenn E. Dyer Jail is still denying me access to legal materials by claiming that my pro se status has not been

2

approved by the court. I would like the court to provide me with documentation of my Pro-Se status since the jail claims that my status is still pending. I need proof that my status granted on Feb 25, 2008 is still in effect and has never lapsed since the complaint was filed.

My apologies for being so pedantic but the jail has sought every opportunity to deny me the privileges afforded a Pro-Se inmate and continues to deny me access even though I provided a copy of the

3

paperwork provided by the court on Feb. 25, 2008. They now claim that since my "In Forma Pauperis" application is still pending I do not have Pro-Se status. I informed them that the lawsuit would proceed regardless of the application but they continue to claim I do not currently have Pro-Se status.

They also claim that Pro-Se status does not entitle me to access to the non-collect phone system. They claim that it is for Pro per inmates only but I have already contacted you on that

4

mation requesting a court order.

It seems apparent that the Administration is dealing in Bad Faith and is continuously changing the rules. At First, I had to be Pro Per or Pro-Se to avail myself of those privileges. After obtaining Pro-Se status on Feb. 25, 08 I was denied phone access claiming that it was only for Pro-per inmates which was different from Pro-Se. When I then requested the legal supplies supposedly provided those inmates I was denied based on the claim

5

That the court had not granted me pro-se status. This has been going on for over 8 months and continues to this day. I would appreciate whatever help and/or relief the court can provide me regarding this flagrant violation of my civil rights.

    Thank you for your consideration in this matter.

Sincerely yours,

*Edwin Torres*

